# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Magistrate Case No. 14-9103

        v.

Newton Colon                                **ORDER**

    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this ___26th___ day of ___June___, 2014

    ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                                              HONORABLE ANTHONY R. MAUTONE
                                              UNITED STATES MAGISTRATE JUDGE

FA